UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

MAURA PENTECK and LAUREN FERRO,
on behalf of themselves and all others
similarly situated,

                              Plaintiffs,              10 CV 00549
                                                    Spatt, J.
          -against-                                   Lindsay, M.

WHEATLEY HILLS GOLF CLUB, INC. and
TONI DeMAY,

                                 Defendants.
----------------------------------------------------------------x

## STIPULATION

It is hereby STIPULATED AND AGREED, by and between Plaintiffs Maura Penteck and Lauren Ferro ("Plaintiffs") and Defendants sued herein as Wheatley Hills Golf Club, Inc. and Toni DeMay ("Defendants"), through their undersigned attorneys who state that they have been authorized to enter into this Stipulation, that any obligation on the part of Defendants to answer, move, or otherwise respond to the Complaint in this matter shall be extended until and including June 24, 2010;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that one previous request for an extension of the original putative deadline of April 26, 2010 was made and granted;

It is FURTHER STIPULATED AND AGREED, by and between Plaintiffs and Defendants, through their undersigned attorneys who state that they have been authorized to enter this Stipulation, that Defendants hereby waive any defenses based on alleged defects in service of process;

Dated: May 24 2010          By: _____
                                Raymond Nardo, Esq.
                                LAW OFFICE OF RAYMOND NARDO
                                129 Third Street
                                Mineola, New York 11501

                                Louis Pechman, Esq.
                                Jessica N. Tischler, Esq.
                                BERKE-WEISS & PECHMAN LLP
                                488 Madison Avenue
                                New York, NY 10022-5701
                                *Attorneys for Plaintiffs*

Dated: May 21, 2010         By: _____
                                Marc S. Wenger, Esq.
                                Noel P. Tripp, Esq.
                                JACKSON LEWIS LLP
                                58 S. Service Road, Suite 410
                                Melville, New York 11747
                                (631) 247-0404
                                *Attorneys for Defendants*

SO ORDERED THIS _____
DAY OF _____, 2010.


_____
United States District Judge