EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------x
MAURA PENTECK and LAUREN FERRO,
on behalf of themselves and all others
similarly situated,

                Plaintiffs,

-against-

WHEATLEY HILLS GOLF CLUB, INC. and
TONI DeMAY,
                Defendants.
-----------------------------------------------------------x

10 CV 00549
Spatt, J.
Lindsay, M.

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y

★   JUL 3 0 2010   ★

LONG ISLAND OFFICE

**STIPULATION AND ORDER OF FINAL DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs, Maura Penteck and Lauren Ferro, and Defendants that, the Settlement Agreement in this matter having been reviewed by the Court and found to be fair and reasonable, the above-captioned action be dismissed in its entirety, with prejudice, and with no award of attorneys' fees, costs or disbursements by the Court to any Party.

LAW OFFICE OF RAYMOND
NARDO
*Attorneys for Plaintiffs*
129 Third Street
Mineola, New York 11501
(516) 248-2121

By: _____
    Raymond Nardo, Esq.

Dated: _____

JACKSON LEWIS LLP
*Attorneys for Defendants*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404

By: _____
    Marc S. Wenger, Esq.

Dated: _____

*Case Closed*

SO ORDERED on this  30  day of July, 2010

_____
United States District Judge
Arthur D. Spatt